# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 10, 2020

159496

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

IRIS LLC,
      Petitioner-Appellant,

v

CITY OF ROYAL OAK,
      Respondent-Appellee.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159496
COA: 342812
Tax Tribunal: 16-003127-TT

_____/

On order of the Court, the application for leave to appeal the April 4, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2020



Clerk

p0107